UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

OGI TECH, INC., OGI SYSTEMS LTD.,
ANGARD HOLDINGS LTD., DANOG
PROPERTIES AND INVESTMENTS LTD.,
DBD PROPERTIES, LLC, DB HOLDINGS
USA, LLC, and DANIEL BENJANO,

**STIPULATION AND ORDER**

Case No. 17-CV-00146 (AKH)

Plaintiffs,

- against -

BINYAMIN HAKIMIAN a/k/a BEN HAKMAN,
BEN HAKMAN & COMPANY, LLC, and
DIAMOND DNA, LLC,

Defendants.
-------------------------------------------------------------x

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> **DOC #:** _____
> **DATE FILED:** 2/13/17

IT IS HEREBY STIPULATED by and between the parties hereto through their

undersigned counsel, as follows:

1.      Pursuant to the settlement agreement entered on the record on February 7, 2017

(the Settlement Agreement"), this action is dismissed with prejudice and without costs to any

party;

2.      The Court retains jurisdiction with respect to the Settlement Agreement; and

3.      This Stipulation may be executed by fax, PDF or email, and such shall be deemed

as effective as an original.

- THIS SPACE INTENTIONALLY LEFT BLANK -

Dated: New York. New York
February 8, 2017

STAHL & ZELMANOVITZ
Counsel for Plaintiffs Ogitech. Inc.,
Ogi Systems Ltd. Angard Holdings Ltd.,
Danog Properties And Investments Ltd.,
DBD Properties. LLC. DB Holdings USA
LLC and Daniel Benjano

By: _Alvin Huber_

Joseph Zelmanovitz
Abraham Neuhaus
747 Third Avenue, Suite 33B
New York. New York 10017
(212) 826-6422

LAW OFFICE OF DAVID A. ADHAMI
Counsel for Defendants Binyamin Hakimian
a/k/a Ben Hakman. Ben Hakman &
Company LLC. and Diamond DNA, LLC

By: _____

David A. Adhami
Virginia Ivanova
216 Lakeville Road
Great Neck, New York 11020
(516) 462-9341

SO ORDERED.

Dated: New York, New York
February 13, 2017

_____
Alvin K. Hellerstein
United States District Judge

2